LAW OFFICES OF MARC LIBARLE
Marc Libarle  (CABN: 071678)
1388 Sutter St, Ste 910
San Francisco, CA 94109
Phone:  (415) 928-2400
Email:  ml7006@gmail.com

HALLER LAW PLLC
Timothy J. Haller  *(Pro Hac Vice)*
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone:  (630) 336-4283
Email:  haller@haller-iplaw.com

*Attorneys for Plaintiff,  Billingnetwork Patent, Inc.*

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
12/5/2019

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **BILLINGNETWORK PATENT, INC.,**<br><br>     Plaintiff,<br><br>     v.<br><br>**ZOHO CORPORATION,**<br><br>     Defendant. | Case No.  4:19-cv-05808-YGR<br><br>**NOTICE OF DISMISSAL OF DEFENDANT** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Billingnetwork Patent, Inc. hereby dismisses all claims in this action as to Defendant. Fed.R.Civ.P. 41(a)(1)(A)(i) is appropriate since Defendant has neither answered the complaint nor filed a motion for summary judgment.

Dated: December 3, 2019                                    Respectfully submitted,

*/s/ Timothy J. Haller*
HALLER LAW PLLC
Timothy J. Haller *(Pro Hac Vice)*
haller@haller-iplaw.com

LAW OFFICES OF MARC LIBARLE
Marc Libarle (CABN: 071678)
ml7006@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document is being served on December 3, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h)(1).

*/s/ Timothy J. Haller*
Timothy J. Haller
